WR-82,875-01,02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/3/2015 12:38:04 PM
Accepted 4/6/2015 8:30:54 AM
ABEL ACOSTA
CLERK

NOS. WR-82,875-01 and WR-82,875-02

IN THE COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
4/6/2015
ABEL ACOSTA, CLERK

FOR THE STATE OF TEXAS

* * *

In re STATE OF TEXAS ex rel. JOHN F. HEALY, JR., District Attorney,

268TH JUDICIAL DISTRICT, Relator

* * *

**THE REAL PARTY IN INTEREST'S FIRST AND FINAL MOTION
FOR EXTENSION OF TIME WITHIN WHICH TO FILE
REAL PARTY IN INTEREST'S RESPONSE TO THE STATE'S
MOTION FOR LEAVE TO FILE PETITION FOR WRITS OF
MANDAMUS AND/OR PROHIBITION**

*Death Penalty Case*

ORIGINAL PROCEEDING FROM CAUSE NO. 10-DCR-054233 IN THE
268TH DISTRICT COURT, FORT BEND COUNTY
THE HONORABLE BRADY ELLIOTT, PRESIDING JUDGE

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:

ALBERT JAMES TURNER, the real party in interest, in the above

cause, respectfully requests that the Court grant this Motion for Extension of

Time Within Which to File Real Party in Interest's Response to the State's

Motion for Leave to File Petition for Writs of Mandamus and/or Prohibition. In support of this motion, Mr. Turner respectfully shows the Court the following:

I.

In May 2011, a jury convicted Albert James Turner of capital murder and answered the special issues submitted pursuant to Texas Code of Criminal Procedure article 37.071, and the trial court, accordingly, set punishment at death. This Court abated Turner's direct appeal and remanded the cause to the trial court to determine whether it is feasible to conduct a retrospective competency trial, and if so, to conduct a retrospective competency trial. *Turner v. State,* 422 S.W.3d 676 (Tex. Crim. App. 2013).

II.

After the trial court determined feasibility and scheduled a retrospective competency trial, the trial court later decided instead to hold a jury trial on Turner's current competency. Relator then filed the instant Motion for Leave to File Petition for Writs of Mandamus and/or Prohibition. Relator also filed the petition for which it is requesting leave to

file.

## III.

The real party in interest's response is currently due on April 3, 2015. Counsel respectfully requests an extension of time until Friday, April 17, 2015.

## IV.

Counsel just completed supplemental briefing to the 4th Court of Appeals in *Kimberly Saenz v. State of Texas* Cause No. 04-12-00238-CR by April 8, 2015, a non-death capital that this Court remanded.

Additionally, Counsel is preparing for *State of Texas v. Marcelino Osuna* Cause No. 1414477, a non-death capital scheduled for trial on May 18, 2015. Counsel is continuing to work on the death capital appeal of *Harlem Harold Lewis III v. State of Texas*, No. AP-77-045, due to this Court on June 8, 2015.

## V.

WHEREFORE, PREMISES CONSIDERED, Mr. Turner prays that this Honorable Court will grant this requested extension of time to file the Real Party in Interest's Brief in the above cause and extend the time for filing until Friday, April 17, 2015. This request is not made for any

purposes of delay, but only so that Mr. Turner may receive the effective assistance of counsel to which he is entitled.

Respectfully submitted,

/s/ Robert A. Morrow
ROBERT A. MORROW
State Bar No. 14542600
24 Waterway Ave., Suite 660
The Woodlands, Texas 77380
Telephone: (281) 379-6901
ramorrow15@gmail.com

/s/ Amy Martin
AMY MARTIN
State Bar No. 24041402
202 Travis Street, Suite 300
Houston, Texas 77002
Telephone: (281) 809-0873
amymartinlaw@gmail.com

*ATTORNEYS FOR REAL PARTY IN INTEREST*
*APPOINTED ON APPEAL ONLY*

# CERTIFICATE OF SERVICE

I certify that I have served this document, Real Party in Interest's Response to the State's Motion for Leave to File Petition for Writs of Mandamus and/or Prohibition, on the following parties on April 3, 2015 via fax and/or email:

*Real Party in Interest*

The State of Texas

John F. Healy, Jr.
State Bar No. 09328300
Fort Bend County District Attorney

Fred Felcman
State Bar No. 06881500
Fred.Felcman@fortbendcountytx.gov
Assistant Criminal District Attorney

Gail Kikawa McConnell
State Bar No. 11395400
Gail.McConnell@fortbendcountytx.gov
Assistant Criminal District Attorney

1422 Eugene Heimann Circle
Richmond, Texas 77469
(281) 341-4460 /(281) 238-3340 (fax)

*Respondent*

The Honorable Brady Elliott
Trial Court Judge
368th Judicial District Court of Fort Bend County
1422 Eugene Heimann Circle
Richmond, Texas 77469
Telephone: 281-341-8610
Fax: 281-341-8614

_/s/ Robert A. Morrow_____
ROBERT A. MORROW